IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

MATTHEW MUNIZ,   CV. 06-120-ST

        Plaintiff,   ORDER

   v.

JEAN HILL, et al.,

        Defendants.

STEWART, Magistrate Judge.

    Plaintiff, an inmate at the Snake River Correctional Institution, moves to proceed *in forma pauperis* (docket #1). Plaintiff has authorized the agency having custody of him to collect payments towards the "full filing fee of $150.00 for a prisoner civil rights complaint . . . ."

    Plaintiff is advised that on February 7, 2005, the Consolidated Appropriations Act of 2005 became effective and increased the civil filing fee from $150.00 to $250.00. Should plaintiff wish to proceed with this case, he shall notify the court within 30 days of the date of this order whether or not he

1 - ORDER

authorizes the withdrawal of the full filing fee of $250.00 from his prison trust account.  If plaintiff declines to authorize the withdrawal, or if he fails to respond to this Order within 30 days, he will not be charged a filing fee and his case will be dismissed without prejudice.

   DATED this  23rd  day of March, 2006.


                                  /s/ Janice M. Stewart
                                 Janice M. Stewart
                                 United States Magistrate Judge

2 - ORDER